U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

OCT 2 8 2004

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

**IDA SMITH**

**VERSUS**

**WALTER W. GERHARDT,
REGIONS MORTGAGE INC., AND
FEDERAL NATIONAL MORTGAGE ASSO.**

NUMBER: 488613-C

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

CV04-2236-S
M

JUDGE HICKS

MAGISTRATE JUDGE PAYNE

### REQUEST FOR TEN DAYS NOTICE OF SETTING AND JUDGMENT

NOW INTO COURT, through undersigned counsel, comes **IDA SMITH**, petitioner herein, who respectfully requests that she be given at least ten (10) days written notice in advance of any setting in the above captioned matter, whether same be for trial, hearing, or other proceedings, in accordance with the provisions of Article 1572, Louisiana Code of Civil Procedure.

Appearers further request written notice of any judgment or interlocutory order rendered herein in accordance with the provisions of Article 1913 et seq., Louisiana Code of Civil Procedure.

Respectfully Submitted:

_____
Nelson W. Cameron
Attorney at Law
Bar number 01283
675 Jordan Street
Shreveport, La 71101
(318) 226-0111

**ATTORNEY FOR PETITIONER**

PAUPER
FILED

2004 SEP 24 A 11: 30
_____
BUTCH MCGEHEE
DEPUTY CLERK OF COURT
CADDO PARISH