UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IDA SMITH | CIVIL ACTION NO. 04-2236 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| WALTER W. GERHARDT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 38) filed by defendant Walter W. Gerhardt be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Record Document 44) filed by defendants Federal National Mortgage Association and Regions Bank be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Record Document 40) filed by third party defendant Dean Morris, L.L.P. be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all of plaintiff Ida Smith's claims be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that defendants Federal National Mortgage Association's and Regions Bank's third party claims against Dean Morris are likewise **DISMISSED WITH PREJUDICE**.

The Clerk of Court is hereby directed to close the case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of September, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE